160 A.3d 549

**COULIBALY**

v.

**GAYE–COULIBALY**

**Pet. Docket No. 32, Sept. Term, 2017**

Court of Appeals of Maryland.

May 22, 2017

Dismissed by the Court of Special Appeals (No. 1037, Sept. Term, 2016).

Petition for writ of certiorari denied.

■

160 A.3d 549

**COUSINS, Earl Sylvester**

v.

**STATE of Maryland**

**Pet. Docket No. 25, Sept. Term, 2017**

Court of Appeals of Maryland.

May 22, 2017

Reported below: 231 Md.App. 417, 153 A.3d 163.

Petition for writ of certiorari denied.